**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-40560 |
| | § | |
| CHANTELL GREEN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $4,140.00 | Assets Exempt: | $7,770.95 |
| Total Distributions to Claimants: | $4,396.87 | Claims Discharged Without Payment: | $2,387.00 |
| Total Expenses of Administration: | $1,542.47 | | |

3) Total gross receipts of $8,121.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $2,181.66 (see **Exhibit 2**), yielded net receipts of $5,939.34 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $4,140.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,542.47 | $1,542.47 | $1,542.47 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $6,263.00 | $4,378.78 | $4,378.78 | $4,396.87 |
| **Total Disbursements** | $10,403.00 | $5,921.25 | $5,921.25 | $5,939.34 |

4). This case was originally filed under chapter 7 on 10/16/2013. The case was pending for 38 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/10/2016  By: /s/ David P. Leibowitz
 Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Unscheduled Tax Refund | 1224-000 | $8,121.00 |
| **TOTAL GROSS RECEIPTS** | | $8,121.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| CHANTELL GREEN | Exemptions | 8100-002 | $1,690.95 |
| CHANTELL GREEN | Surplus Funds | 8200-002 | $490.71 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $2,181.66 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Dealer Services | 4210-000 | $4,140.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $4,140.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID P. LEIBOWITZ, Trustee | 2100-000 | NA | $1,343.93 | $1,343.93 | $1,343.93 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $22.90 | $22.90 | $22.90 |
| Green Bank | 2600-000 | NA | $175.64 | $175.64 | $175.64 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,542.47 | $1,542.47 | $1,542.47 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Creditors Collection Bureau, Inc. | 7200-000 | $582.00 | $382.98 | $382.98 | $382.98 |
| 2 | Advocate Health Care | 7200-000 | $2,179.00 | $2,179.00 | $2,179.00 | $2,179.00 |
| 3 | The Payday Loan Store | 7200-000 | $1,115.00 | $1,361.85 | $1,361.85 | $1,361.85 |
| 4 | Escallate, LLC | 7200-000 | $0.00 | $454.95 | $454.95 | $454.95 |
|  | Advocate Health Care | 7990-000 | $0.00 | $0.00 | $0.00 | $9.00 |
|  | Creditors Collection Bureau, Inc. | 7990-000 | $0.00 | $0.00 | $0.00 | $1.58 |
|  | Escallate, LLC | 7990-000 | $0.00 | $0.00 | $0.00 | $1.88 |
|  | The Payday Loan Store | 7990-000 | $0.00 | $0.00 | $0.00 | $5.63 |
|  | Escalate LLC | 7100-000 | $895.00 | $0.00 | $0.00 | $0.00 |
|  | Kay Jewelers | 7100-000 | $400.00 | $0.00 | $0.00 | $0.00 |
|  | TCF Bank | 7100-900 | $1,092.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $6,263.00 | $4,378.78 | $4,378.78 | $4,396.87 |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 13-40560-JSB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | GREEN, CHANTELL | Date Filed (f) or Converted (c): | 10/16/2013 (f) |
| For the Period Ending: | 12/10/2016 | §341(a) Meeting Date: | 11/26/2013 |
| | | Claims Bar Date: | 06/03/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Unscheduled Tax Refund (u) | $0.00 | $6,430.05 | | $8,121.00 | FA |
| **Asset Notes:** | $1690.95 = Pro-rated portion of tax refund, returned to Debtor. | | | | | |
| 2 | Beauty Supplies | $50.00 | $0.00 | | $0.00 | FA |
| 3 | Cell phone | $100.00 | $0.00 | | $0.00 | FA |
| 4 | Fans | $40.00 | $0.00 | | $0.00 | FA |
| 5 | TV, VCR | $75.00 | $0.00 | | $0.00 | FA |
| 6 | Books | $100.00 | $0.00 | | $0.00 | FA |
| 7 | Misc CD's | $65.00 | $0.00 | | $0.00 | FA |
| 8 | Clothing, Shoes | $290.00 | $0.00 | | $0.00 | FA |
| 9 | 2003 Chevy Malibu LS 52,085 Miles | $9,500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | $4140.00 lien on Malibu reduced net value, after exemptions, to $0.00. | | | | | |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

$10,220.00    $6,430.05    $8,121.00    $0.00

**Major Activities affecting case closing:**

09/27/2016    Check for remaining portion of tax refund, previously sent to Debtor (when no timely claims were filed), was returned to Trustee as undeliverable. Diligent attempts were then made to locate Debtor, but unable to do so. Accordingly, re-contacted all scheduled creditors and successfully solicited $4,378.78 in claims.

**Initial Projected Date Of Final Report (TFR):**    10/01/2015    **Current Projected Date Of Final Report (TFR):**    09/28/2016    /s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 13-40560-JSB | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | GREEN, CHANTELL | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6525 | | | Checking Acct #: | ******6001 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 10/16/2013 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/10/2016 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/07/2014 | | United States Treasury | Unscheduled Tax Refund | * | $8,121.00 | | $8,121.00 |
| | {1} | | Estate portion of tax refund $6,430.05 | 1224-000 | | | $8,121.00 |
| | {1} | | Debtor's pro-rated portion of tax refund $1,690.95 | 1224-002 | | | $8,121.00 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $8.87 | $8,112.13 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $12.66 | $8,099.47 |
| 05/27/2014 | 3001 | CHANTELL GREEN | Entitled portion of tax refund. | 8100-002 | | $1,690.95 | $6,408.52 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $13.49 | $6,395.03 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $9.65 | $6,385.38 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $10.30 | $6,375.08 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $10.61 | $6,364.47 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $9.60 | $6,354.87 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $10.91 | $6,343.96 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $9.24 | $6,334.72 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $10.22 | $6,324.50 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $10.53 | $6,313.97 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $9.20 | $6,304.77 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $9.84 | $6,294.93 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $9.83 | $6,285.10 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $10.14 | $6,274.96 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $9.79 | $6,265.17 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $10.76 | $6,254.41 |
| 08/27/2015 | 3002 | CHANTELL GREEN | Remaining Portion of Tax Refund - returned to debtor; no claims filed. | 8100-003 | | $6,254.41 | $0.00 |
| 05/12/2016 | 3002 | STOP PAYMENT: CHANTELL GREEN | Remaining Portion of Tax Refund (Stopped payment because check returned-to-sender & numerous attempts to locate debtor failed. We have solicited claims which can now be paid with these funds) | 8100-004 | | ($6,254.41) | $6,254.41 |
| 08/03/2016 | 3003 | CLERK, U.S. BANKRUPTCY COURT | Check erroneously issued (but not transmitted) to Clerk as 'unclaimed funds'. | 8500-003 | | $6,254.41 | $0.00 |
| | | | SUBTOTALS | | $8,121.00 | $8,121.00 | |

Page No: 2 Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-40560-JSB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | GREEN, CHANTELL | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6525 | Checking Acct #: | ******6001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/16/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/10/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/03/2016 | 3003 | VOID: CLERK, U.S. BANKRUPTCY COURT | Check to Clerk immediately voided as issued in error. | 8500-003 | | ($6,254.41) | $6,254.41 |
| 11/08/2016 | 3004 | DAVID P. LEIBOWITZ | Trustee Compensation | 2100-000 | | $1,343.93 | $4,910.48 |
| 11/08/2016 | 3005 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $22.90 | $4,887.58 |
| 11/08/2016 | 3006 | Creditors Collection Bureau, Inc. | Claim #: 1; Amount Claimed: 382.98; Distribution Dividend: 100.00; | * | | $384.56 | $4,503.02 |
| | | | Claim Amount $(382.98) | 7200-000 | | | $4,503.02 |
| | | | Interest $(1.58) | 7990-000 | | | $4,503.02 |
| 11/08/2016 | 3007 | Advocate Health Care | Claim #: 2; Amount Claimed: 2,179.00; Distribution Dividend: 100.00; | * | | $2,188.00 | $2,315.02 |
| | | | Claim Amount $(2,179.00) | 7200-000 | | | $2,315.02 |
| | | | Interest $(9.00) | 7990-000 | | | $2,315.02 |
| 11/08/2016 | 3008 | The Payday Loan Store | Claim #: 3; Amount Claimed: 1,361.85; Distribution Dividend: 100.00; | * | | $1,367.48 | $947.54 |
| | | | Claim Amount $(1,361.85) | 7200-000 | | | $947.54 |
| | | | Interest $(5.63) | 7990-000 | | | $947.54 |
| 11/08/2016 | 3009 | Escallate, LLC | Claim #: 4; Amount Claimed: 454.95; Distribution Dividend: 100.00; | * | | $456.83 | $490.71 |
| | | | Claim Amount $(454.95) | 7200-000 | | | $490.71 |
| | | | Interest $(1.88) | 7990-000 | | | $490.71 |
| 11/08/2016 | 3010 | CHANTELL GREEN | Claim #: ; Amount Claimed: 490.71; Distribution Dividend: 100.00; | 8200-002 | | $490.71 | $0.00 |

SUBTOTALS  $0.00   $0.00

**FORM 2**

Page No: 3     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 13-40560-JSB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | GREEN, CHANTELL | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6525 | Checking Acct #: | ******6001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/16/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/10/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | TOTALS: | | $8,121.00 | $8,121.00 | $0.00 |
|---|---|---|---|---|---|---|---|
|  |  |  | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
|  |  |  | Subtotal | | $8,121.00 | $8,121.00 | |
|  |  |  | Less: Payments to debtors | | $0.00 | $2,181.66 | |
|  |  |  | Net | | $8,121.00 | $5,939.34 | |

| For the period of 10/16/2013 to 12/10/2016 | | For the entire history of the account between 03/07/2014 to 12/10/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $6,430.05 | Total Compensable Receipts: | $6,430.05 |
| Total Non-Compensable Receipts: | $1,690.95 | Total Non-Compensable Receipts: | $1,690.95 |
| Total Comp/Non Comp Receipts: | $8,121.00 | Total Comp/Non Comp Receipts: | $8,121.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $5,939.34 | Total Compensable Disbursements: | $5,939.34 |
| Total Non-Compensable Disbursements: | $2,181.66 | Total Non-Compensable Disbursements: | $2,181.66 |
| Total Comp/Non Comp Disbursements: | $8,121.00 | Total Comp/Non Comp Disbursements: | $8,121.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 4  Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-40560-JSB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | GREEN, CHANTELL | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6525 | Checking Acct #: | ******6001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/16/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/10/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $8,121.00 | $8,121.00 | $0.00 |

**For the period of 10/16/2013 to 12/10/2016**

| | |
|---|---|
| Total Compensable Receipts: | $6,430.05 |
| Total Non-Compensable Receipts: | $1,690.95 |
| Total Comp/Non Comp Receipts: | $8,121.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,939.34 |
| Total Non-Compensable Disbursements: | $2,181.66 |
| Total Comp/Non Comp Disbursements: | $8,121.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/16/2013 to 12/10/2016**

| | |
|---|---|
| Total Compensable Receipts: | $6,430.05 |
| Total Non-Compensable Receipts: | $1,690.95 |
| Total Comp/Non Comp Receipts: | $8,121.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,939.34 |
| Total Non-Compensable Disbursements: | $2,181.66 |
| Total Comp/Non Comp Disbursements: | $8,121.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ